No. 87–5575.   MAYS *v.* TEXAS.   Ct. Crim. App. Tex.;

No. 87–5717.   GRIFFIN *v.* LYNAUGH, DIRECTOR, TEXAS DE-PARTMENT OF CORRECTIONS.   C. A. 5th Cir.;

No. 87–5799.   MACIAS *v.* TEXAS.   Ct. Crim. App. Tex.;

No. 87–5873.   WILSON *v.* BUTLER, WARDEN.   C. A. 5th Cir.;

No. 87–5989.   DRAYTON *v.* SOUTH CAROLINA.   Sup. Ct. S. C.;

No. 87–6014.   SHURN *v.* ILLINOIS.   Sup. Ct. Ill.;

No. 87–6019.   STUMPF *v.* OHIO.   Sup. Ct. Ohio;

No. 87–6044.   DIAZ *v.* FLORIDA.   Sup. Ct. Fla.;

No. 87–6132.   FORD *v.* ALABAMA.   Sup. Ct. Ala.; and

No. 87–6172.   JENNINGS *v.* FLORIDA.   Sup. Ct. Fla.   Certio-rari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–5655.   CORLEY *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES.   Ct. App. D. C.   Certiorari denied.   JUSTICE SCALIA took no part in the consideration or decision of this petition.